✓ FILED        ___ RECEIVED
___ ENTERED    ___ SERVED ON
               COUNSEL/PARTIES OF RECORD

JUN 2 1 2011

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:10-CR-236-GMN (LRL) |
| ) | |
| ARCELL M. MITCHELL, JR., ) | |
| ) | |
| Defendant. ) | |

## ORDER OF FORFEITURE

On June 21, 2011, defendant ARCELL M. MITCHELL, JR. pled guilty to counts One and Two of a Two-Count Criminal Information charging him in Count One with mail fraud in violation of Title 18, United States Code, Section 1341; and agreed to the forfeiture of property set forth in the Forfeiture Allegations in the Criminal Information and the Plea Agreement. Docket #__.

This Court finds that ARCELL M. MITCHELL, JR. shall pay a criminal forfeiture money judgment of $260,100.13 in United States Currency to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Sections 982(a)(2)(A), and Title 21, United States Code, Section 853(p).

. . .

. . .

. . .

1  THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United
2  States recover from ARCELL M. MITCHELL, JR. a criminal forfeiture money judgment in the
3  amount of $260,100.13 in United States Currency.

4  DATED this 21st day of June, 2011.

_____
UNITED STATES DISTRICT JUDGE