# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:10-CR-236-GMN-(PAL) |
| ARCELL M. MITCHELL, JR., | ) |
| Defendant. | ) |

### ORDER OF FORFEITURE

This Court found on June 23, 2011, that ARCELL M. MITCHELL, JR., shall pay a criminal forfeiture money judgment of $260,100.13 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p). Order of Forfeiture, ECF No. 89.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from ARCELL M. MITCHELL, JR., a criminal forfeiture money judgment in the amount of $260,100.13 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p).

DATED this 17 day of Oct. 2013.

_____
UNITED STATES DISTRICT JUDGE